**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2391**

MARTIN RUGAMBA,

Plaintiff - Appellant,

v.

ROCKLEDGE BUS (TOUR), INC.; ROCKLEDGE BUS (TOUR) INC. SUPERVISOR; MTA POLICE OFFICER 1; MTA POLICE OFFICER 2; MTA BUS DRIVER; MTA TRAIN OPERATOR; AMTRAK 3 UNKNOWN AGENTS; 7-ELEVEN; 7-ELEVEN, INC. 2 Unknown Employees; DOES 1-20,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:15-cv-03948-GLR)

Submitted: July 27, 2017                    Decided: August 3, 2017

Before MOTZ, KING, and WYNN, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Martin Rugamba, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Rugamba appeals the district court's order denying his motion to reopen his case and file an amended complaint. We dismissed Rugamba's prior appeal for lack of jurisdiction "[b]ecause the deficiencies identified by the district court may be remedied by the filing of an *amended* complaint." *Rugamba v. Rockledge Bus (Tour), Inc.*, 667 F. App'x 61, 61 (4th Cir. 2016) (No. 16-1076) (emphasis added). Because the district court did not permit Rugamba to file an amended complaint, we vacate the district court's order denying the motion to reopen and remand with instructions to permit Rugamba to do so. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*
